IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CIVIL ACTION FILE NO. |
| v. | 1:21-CR-409-3-TWT |
| RITO ARMANDO TORRES GUTIERREZ, | |
| Defendant. | |

**ORDER**

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 79] of the Magistrate Judge recommending granting in part and denying in part the Defendant's Motion to Suppress [Doc. 29]. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Suppress [Doc. 29] is GRANTED to the extent that he seeks to suppress evidence of the two K-9 deployments that occurred during the unlawful investigatory detention at the park, and that the motion is DENIED to the extent that he seek any other relief.

SO ORDERED, this __27th__ day of November, 2023.

*[signature: Thomas W. Thrash]*

THOMAS W. THRASH, JR.
United States District Judge